IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Clover Network, LLC,**<br><br>Defendant. | Case No.<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: May 31, 2022    Respectfully submitted,

*/s/ Jimmy Chong*
Jimmy Chong (#202024)
100 West Main Street, Suite 420
Lansdale PA 19446
Telephone: (215) 909-5204
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

**Counsel for Plaintiff
Nitetek Licensing LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 31, 2022, via the Court's CM/ECF system.

> */s/ Jimmy Chong*
> Jimmy Chong (#4839)