AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02117.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **Clover Network, LLC** was received by me on **6/1/2022**.

[ ]   I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[ X ]   I served the summons & complaint on *(name of individual)* **Lynanne Gares, litigation management services leader**, at **c/o Corporation Service Co., 251 Little Falls Drive, Wilmington, DE 19808**, who is designated by law to accept service of process on behalf of *(name of organization)* **Clover Network, LLC**, on *(date)* **6/2/2022** at **9:21 a.m.**; or

[ ]   I returned the summons unexecuted because _____; or

[ ]   Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **6/2/2022**

*Server's signature*

**Thomas J. Cobourn**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: