# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**CLOVER NETWORK, LLC,**<br><br>    Defendant. | Civil Action No.: 2:22-cv-02117-KSM<br><br>**TRIAL BY JURY DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for parties to submit the joint report of the Rule 26(f) conference be extended up to and including August 2, 2022, and the Pretrial conference be extended to August 9, 2022.

The requested extension will not prejudice any party.

Dated: July 15, 2022

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#202024)
100 West Main Street, Suite 420
Lansdale, PA 19446
Telephone: (215) 909-5204
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

Respectfully submitted,

/s/ Warren Mabey
Warren Mabey
(PA Bar No. 308750)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070 (Telephone)
(302) 652-0607 (Facsimile)
mabey@fr.com

Neil J. McNabnay
Ricardo J. Bonilla
Rodeen Talebi
1717 Main Street, Suite 5000
Dallas, Texas 75201

(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com

COUNSEL FOR DEFENDANT
CLOVER NETWORK, LLC

SO ORDERED this _____ day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on July 15, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*
Jimmy Chong (#202024)
