# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CLOVER NETWORK, LLC,**<br><br>    **Defendant.** | **CASE NO. 2:22-cv-02117-KSM**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR STAY OF ALL DEADLINES

Plaintiff Nitetek Licensing LLC and Defendant Clover Network, LLC (collectively "Parties") file this Joint Motion to Stay All Deadlines and provide notice to the Court that the Parties have reached a settlement in principle in this matter.

The Parties move the Court for a temporary stay of all applicable deadlines for thirty (30) days, in which time the Parties expect to finalize their settlement agreement and file dismissal papers with the Court.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion and stay all applicable deadlines for thirty (30) days. The requested stay is not for delay, but only to allow for an orderly resolution of this lawsuit.

Dated: July 20, 2022

| | |
|---|---|
| **CHONG LAW FIRM PA** | **FISH & RICHARDSON P.C.** |
| /s/ Jimmy Chong | */s/ Warren Mabey* |
| Jimmy Chong (#202024) | Warren Mabey |
| 100 West Main Street, Suite 420 | (PA Bar No. 308750) |
| Lansdale, PA 19446 | 222 Delaware Avenue, 17th Floor |
| Telephone: (215) 909-5204 | Wilmington, Delaware 19801 |
| Facsimile: (302) 800-1999 | (302) 658-5070 (Telephone) |
| Email: patent@chonglawfirm.com | (302) 652-0607 (Facsimile) |
| | mabey@fr.com |
| ***ATTORNEY FOR PLAINTIFF*** | |
| | Neil J. McNabnay |
| | Ricardo J. Bonilla |
| | Rodeen Talebi |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 747-5070 |
| | Facsimile: (214) 747-2091 |
| | Email: mcnabnay@fr.com |
| | rbonilla@fr.com |
| | talebi@fr.com |
| | |
| | ***ATTORNEYS FOR DEFENDANT*** |
| | ***CLOVER NETWORK, LLC*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 20, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Warren Mabey*
Warren Mabey