# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NITETEK LICENSING LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **CLOVER NETWORK, LLC**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-2117-KSM** |

## ORDER

**AND NOW**, this 20th day of July, 2022, upon consideration of the Joint Motion for Stay of All Deadlines (Doc. No. 15), in which the parties informed the Court that they have reached a settlement in principle and "expect to finalize their settlement agreement and file dismissal papers with the Court" within thirty days, it is **ORDERED** that the Joint Motion for Stay of All Deadlines (Doc. No. 15) is **GRANTED**, and all deadlines are stayed for thirty days.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**